# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br>Cade Cothren<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:22-00282  Judge Richardson |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cade Cothren ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 USC 371 Conspiracy to commit Theft Concerning Programs Receiving Federal Funds, Bribery and Kickbacks Concerning Programs Receiving Federal Funds, and Honest Services Wire Fraud; 18 USC 666(a)(1)(A), 2 Theft Concerning Programs Receiving Federal Funds; 18 USC 666(a)(1)(B), 2 Bribery and Kickbacks Concerning Programs Receiving Federal Funds; 18 U.S.C. §§ 666(a)(2), 2 Bribery and Kickbacks Concerning Programs Receiving Federal Funds; 18 USC 1343, 1346 Honest Services Wire Fraud; 18 USC 1342 Use of a Fictitious Name to Carry Out A Fraud; 18 USC 1956(h) Money Laundering Conspiracy; 18 USC 1956(a)(1)(B)(i) Money Laundering; 18 USC 1957, 2 Money Laundering

Date: 08/22/0202

*Issuing officer's signature*

City and state: Nashville, TN

Joyce A. Brooks, Criminal Docketing Supervisor
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:      Weight:

Sex:      Race:

Hair:      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

[Print]  [Save As...]  [Reset]