UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) No. 3:22-cr-282 | |
| | ) | |
| v. | ) | 18 U.S.C. § 371 |
| | ) | 18 U.S.C. § 666(a)(1)(A) |
| [1] GLEN CASADA | ) | 18 U.S.C. § 666(a)(1)(B) |
| [2] CADE COTHREN | ) | 18 U.S.C. § 666(a)(2) |
| | ) | 18 U.S.C. § 1342 |
| | ) | 18 U.S.C. § 1956 |
| | ) | 18 U.S.C. § 1957 |
| | ) | 18 U.S.C. § 2 |
| | ) | 18 U.S.C. § 981 |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through Mark H. Wildasin, United States Attorney, and Amanda J. Klopf, Assistant United States Attorney, hereby moves this Court to unseal the Indictment and Order in this case. The defendants have been arrested and there is no longer a need for the Indictment to remain sealed.

Respectfully submitted,

MARK H. WILDASIN
United States Attorney for the
Middle District of Tennessee

*s/ Amanda J. Klopf*
AMANDA J. KLOPF
Assistant United States Attorney
110 Ninth Avenue South, Suite A961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151