# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Cade Cothren<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. 3:22-00282 Judge Richardson |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Cade Cothren ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 USC 371 Conspiracy to commit Theft Concerning Programs Receiving Federal Funds, Bribery and Kickbacks Concerning Programs Receiving Federal Funds, and Honest Services Wire Fraud; 18 USC 666(a)(1)(A), 2 Theft Concerning Programs Receiving Federal Funds; 18 USC 666(a)(1)(B), 2 Bribery and Kickbacks Concerning Programs Receiving Federal Funds; 18 U.S.C. §§ 666(a)(2), 2 Bribery and Kickbacks Concerning Programs Receiving Federal Funds; 18 USC 1343, 1346 Honest Services Wire Fraud; 18 USC 1342 Use of a Fictitious Name to Carry Out A Fraud; 18 USC 1956(h) Money Laundering Conspiracy; 18 USC 1956(a)(1)(B)(i) Money Laundering; 18 USC 1957, 2 Money Laundering

Date:    08/22/0202

*Issuing officer's signature*

City and state:    Nashville, TN        Joyce A. Brooks, Criminal Docketing Supervisor
*Printed name and title*

### Return

This warrant was received on *(date)* 8/22/22 , and the person was arrested on *(date)* 8/23/22
at *(city and state)* NASHVILLE, TN .

Date: 8/23/2022

*Arresting officer's signature*

SA LINDSAY DEFEO
*Printed name and title*