# MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

**U.S.A. v.** Cade Cothren, **No.** 3:22-cr-282

**ATTORNEY FOR GOVERNMENT:** Amanda Klopf & John Patty

**ATTORNEY FOR DEFENDANT:** Cynthia Sherwood ☐ AFPD ☐ Panel ■ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?** ☐ YES ■ NO  **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents appear to before the Magistrate Judge by video conference.

■ **INITIAL APPEARANCE** ☐ ON A SUMMONS ■ ARRESTED ON: August 23, 2022

DEFENDANT HAS A COPY OF:
- ☐ Complaint ■ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
- ■ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
- ■ Defendant advised of right to counsel    ■ Counsel retained
- ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☐ FPD Appointed
- ■ Defendant advised of right to silence
- ☐ Defendant advised of right to **Consular notification**
- ■ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
- ☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
- ☐ Government motion for detention    ☐ Defendant temporarily detained
- ☐ Defendant waived detention hearing    ☐ ICE detainer on defendant
- ☐ Defendant reserved right to hearing in future    ☐ Defendant to be returned to State custody
- ☐ Defendant to remain in Federal custody    ☐ Defendant waived rights under IAD
- ☐ Defendant to remain on current conditions of supervised release
- ☐ Defendant ordered to psychological/psychiatric evaluation
- ■ Defendant released on:
    - ☐ Own recognizance with conditions of release   ■ standard   ☐ special
    - ☐ Appearance bond in the amount of: _____
    - ☐ Property bond [description of property]: _____
- ☐ **RULE 5** - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
- ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
- ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
- ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**    [Defendant sworn and advised of rights by Court]
■ **ARRAIGNMENT**
- ■ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
- ■ Defendant waives reading thereof    ☐ Indictment/Information read to defendant by Judge
- **PLEA:** ☐ GUILTY ■ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** August 22, 2022        **TOTAL TIME:** 31 minutes    Def 1: 13 minutes IA & 2 minute AR
**BEGIN TIME:** 11:31 a.m.        **END TIME:** 12:02 p.m.      Def 2: 14 minutes IA & 2 minute AR
■ *Digitally Recorded*   ☐ *Court Reporter:* _____

Case 3:22-cr-00282   Document 14   Filed 08/23/22   Page 1 of 1 PageID #: 74