IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | |
| CADE COTHREN ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT CADE COTHREN'S
## MOTION TO EXTEND DEADLINE FOR MOTION FOR BILL OF PARTICULARS

Comes now Defendant Cade Cothren, by and through undersigned counsel, and hereby moves this Honorable Court for an Order extending the deadline for Mr. Cothren to file a Motion for Bill of Particulars for 7 days. In support, Mr. Cothren would show:

1. Pursuant to Federal Rule of Criminal Procedure 7(f), the deadline for Mr. Cothren to file a Motion for Bill of Particulars is September 6, 2022.

2. Undersigned counsel requires additional time to review the Indictment to determine whether Mr. Cothren will file a Motion for Bill of Particulars.

3. Undersigned counsel has conferred with AUSA Amanda Klopf, who states that the government does not object to this Motion.

For all of the above reasons, Mr. Cothren respectfully requests this Court enter an Order extending the deadline for Mr. Cothren to file a Motion for Bill of Particulars for 7 days.

Respectfully submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, 020911
Austin M. Correll, 039561
201 Fourth Avenue N., Suite 1130
Nashville, TN  37219
615-873-5670
615-900-2312 (fax)
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system to Ms. Amanda Klopf, Assistant United States Attorney, 719 Church Street, Suite 3300, Nashville, Tennessee 37203, Amanda.Klopf@usdoj.gov, on this the 6th day of September 2022.

/s/ Cynthia A. Sherwood