# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | |
| CADE COTHREN ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANT CADE COTHREN'S AMENDED
## MOTION FOR PERMISSION TO TRAVEL OUTSIDE THE JUDICIAL DISTRICT

Comes now Defendant Cade Cothren, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for an Order allowing Mr. Cothren to travel outside of the Middle District of Tennessee to Alabama for work-related purposes from October 26, 2022 through October 31, 2022. Mr. Cothren's travel will not be overnight. He will return to the Middle District of Tennessee for his overnight stays.

Undersigned counsel called Amanda Klopf, Assistant United States Attorney, and attempted to email Ms. Klopf and John Taddei, Trial Attorney, Public Integrity Section, on the morning of October 25, 2022 to confer on this Motion, however, undersigned counsel realized that the email was in drafts and did not send after Ms. Klopf notified undersigned counsel on October 25 that she did not receive an email. Undersigned counsel conferred with Ms. Klopf on the morning of October 26, 2022, who states that the government has no position on this Motion.

Respectfully submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, 020911
Austin M. Correll, 039561
201 Fourth Avenue N., Suite 1130
Nashville, TN 37219
615-873-5670
615-900-2312 (fax)
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system to:

Amanda J. Klopf, Esq.
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Amanda.Klopf@usdoj.gov

and via email to:

John P. Taddei, Esq.
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, TC 20530
john.taddei@usdoj.gov

on this the 26th day of October 2022.

/s/ Cynthia A. Sherwood

2
Case 3:22-cr-00282   Document 30   Filed 10/26/22   Page 2 of 2 PageID #: 117