UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-cr-00282 |
| | ) |
| GLEN CASADA and | ) |
| CADE COTHREN. | ) |
| | ) |
| Defendants. | ) |

## AGREED SCHEDULING ORDER

The Court has been advised that the parties have agreed as follows:

This case will proceed to trial on **October 3, 2023.** The parties expect the trial to last up two to three weeks.

### Deadlines

Regarding pretrial motions, other deadlines, and status conferences, the parties agree to the following schedule:

### Discovery-Related Motions

| | |
|---|---|
| **July 17, 2023** | Deadline for motions regarding discovery issues |
| **July 31, 2023** | Deadline for responses in opposition to discovery-related motions |
| **August 7, 2023** | Deadline for any replies related to discovery-related motions |

### Expert Disclosures

**July 31, 2023**          Deadline for the parties to disclose expert witnesses.

**August 14, 2023**        Deadline for the parties to notify the other party that they may call a rebuttal expert witness.

### Deadline for Resolution via Fed.R.Crim.Proc. 11(c)(1)(C)

**July 10, 2023**          Deadline to reach a resolution via Fed.R.Crim.Proc. 11(c)(1)(C)

**August 3, 2023**         Deadline for entry of an open plea. If the defendant has not filed a motion to change plea by that date, the United States will oppose any attempt by the defendant to seek the benefit of the U.S.S.G § 3E1.1(b) third point offense level reduction for acceptance of responsibility, to the extent it could apply.

### Pretrial Motions

**July 25, 2023**          Deadline for pretrial motions

**August 15, 2023**        Deadline for responses to motions

**August 22, 2023**        Deadline for replies to motions

### Rule 12.1 and 12.2 Notices

**July 3, 2023**           Deadline to file Rule 12.1 or 12.2 Notice

Exhibit Review

**Sept. 19, 2023**         Exhibit Review[1]

---

[1] The parties will make a good faith effort to have a final set of exhibits by this date. The parties reserve the right to request the introduction into evidence of trial exhibits not made available at the exhibit review, if necessary, because of such situations where the party elects to introduce an exhibit at trial that has been previously provided to the opposing party in discovery but which the party did not contemplate using as an exhibit at trial at the time of the exhibit review, or where the party learns of additional evidence after the exhibit review and intends to introduce that evidence at trial. Each party also reserves its right to object to the introduction of such evidence as appropriate, including (for example) on the grounds that such evidence is unduly prejudicial or should have been produced earlier or is otherwise excludable. The parties will make all reasonable efforts to alert the opposing side of any such development at the earliest possible time.

**Sept. 21, 2023**           Deadline for joint certification that exhibit review has been completed and statement of any related issues

## Motions in Limine and Rule 702 Motions

**August 22, 2023**          Motions in Limine and Rule 702 Motions shall be filed

**Sept. 12, 2023**           Responses to motions in limine shall be filed

**Sept. 19, 2023**           Any replies to motions in limine shall be filed

## Government's Notices Pursuant to Rules 404(b) and 609

**August 8, 2023**           Government shall file notice of intent to offer evidence under Federal Rules of Evidence 404(b) and 609[2]

Federal Rule of Evidence 404 motions to exclude shall be filed by **August 22, 2023**. **Responses shall be filed by September 12, 2023**. Any reply shall be filed by **September 19, 2023**.

## Jencks Material Disclosure

**Sept. 19, 2023**           Government shall disclose all remaining Jencks material to defendants

## Witness/Exhibit Disclosure

**Sept. 26, 2023**           Government and the defense shall disclose its witness and exhibit lists[3]

## Jury Instructions, Verdict Form, Trial Briefs and other matters

**Sept. 19, 2023**           Proposed jury instructions, verdict form, trial briefs

## Pretrial Conference

---

[2] If the Government learns of additional information after August 8, they make seek leave to supplement the notice.

[3] The defense will make a good faith effort to disclose all witnesses the defendant intends to call in its case-in-chief. But the defense reserves the right to call other witnesses depending upon the government's proof presented during the trial. The government likewise reserves its right to add to its witness list depending upon the proof presented in the defendant's case-in-chief.

**September 22, 2023**    Pretrial Conference at 9:00 a.m.

The Court, having considered the agreement, hereby adopts the same.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE