> *The motion is granted. From the face of the sealed document, it is clear that the interests in favor of sealing outweigh the legitimate interests of the public in accessing the sealed document.*
>
> *Eli Richardson*

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | Magistrate Judge Alistair Newbern |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now Defendant Cade Cothren, by and through undersigned counsel, and respectfully moves this Court for leave to file his Notice of Redacted Telephone Number under seal.

1. The Administrative Practices and Procedures for Electronic Case Filing (ECF) adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of the court to do so, via the court's electronic filing system.

2. Mr. Cothren, therefore, respectfully moves this Honorable Court for leave to file said pleading under seal.