IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:22-cr-00282 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| | ) | |
| GLEN CASADA, et al. | ) | |

## ORDER

Pending before the Court is Defendant's "Motion for Issuance of Subpoenas Duces Tecum and Memorandum in Support." (Doc. No. 46, "Motion"). The Government shall file a response to the Motion on or before June 15, 2023.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE