UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GLEN CASADA and<br>CADE COTHREN<br><br>Defendants. | Case No. 3:22-CR-00282<br>Judge Eli J. Richardson |

## DEFENDANT CADE COTHREN'S NOTICE REGARDING SCHEDULING ORDER DEADLINES

Pursuant to the Court's July 17, 2023 Order (Doc. No. 56), Mr. Cothren submits his position on how the extension of the deadline to file discovery motions impacts the remaining deadlines in this matter. Contemporaneously herewith he is filing a Motion to Extend Deadlines for Pretrial Motions and to Disclose Expert Witnesses. In addition to the now-extended deadline for motions regarding discovery issues, the following deadlines are impacted by the government's supplemental discovery production(s):

1. The deadline for pretrial motions set for July 25, 2023 and all corresponding deadlines (Doc. No. 49); and

2. The deadline for expert disclosures set for July 31, 2023 and all corresponding deadlines (Doc. No. 49).

While the government produced additional discovery on July 20, 2023, Mr. Cothren and his counsel require time to review and analyze this production and are not able to advise the Court which, if any, additional deadlines in the current Scheduling Order will be impacted by this production. In addition, the government represented on July 24, 2023 that Mr. Cothren should

expect "additional rolling productions as [they] receive additional records from the FBI." Therefore, Mr. Cothren reserves the right to seek further relief, including but not limited to, extensions of other deadlines and modifications of the Scheduling Order based on the timing, volume, and content of the most recent and any additional document productions.

Respectfully Submitted,

**Sherwood Boutique Litigation, PLC**

/s/ Cynthia A. Sherwood
Cynthia A. Sherwood, #20911
Austin M. Correll, #39561
414 Union Street
Suite 1110
Nashville, TN 37219
T: 615-873-5670
F: 615-900-2312
cynthia@sherwoodlitigation.com
austin@sherwoodlitigation.com
*Counsel for Defendant Cade Cothren*

**Barnes & Thornburg LLP**

/s/ Joy Boyd Longnecker
Joy Boyd Longnecker, #29627
827 19th Avenue South
Suite 930
Nashville, TN 37203-3447
T: 615-925-9506
Joy.Longnecker@btlaw.com
*Counsel for Defendant Cade Cothren*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following via the Court's CM/ECF system to:

Amanda J. Klopf, Esq.
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Amanda.Klopf@usdoj.gov

John P. Taddei, Esq.
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov

on this the 24th day of July 2023.

/s/ Cynthia A. Sherwood