IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | NO. 3:22-cr-00282 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| | ) | |
| GLEN CASADA, et al. | ) | |

## ORDER

Pending before the Court are Defendant Casada's "Motion to Dismiss" (Doc. No. 59) and Defendant Cothren's "Motion to Strike Surplusage from the Indictment and Incorporated Memorandum of Law" (Doc. No. 64) and "Motion to Dismiss Indictment" (Doc. No. 65). The Government shall file a response to these Motions on or before August 18, 2023.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE