*This motion is granted.*
*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:22-cr-00282 |
| v. ) | |
| ) | JUDGE RICHARDSON |
| GLEN CASADA and ) | |
| CADE COTHREN ) | |

**UNITED STATES' MOTION FOR LEAVE TO FILE OVERSIZED BRIEF IN RESPONSE TO MOTION TO SUPPRESS**

The United States of America, by and through the undersigned attorneys, hereby files this request for the Court to allow the filing of an oversized brief in opposition to defendant Glen Casada (D.E. 59 and 60) and Cade Cothren (D.E. 65 and 66) motion to dismiss the indictment and corresponding memoranda in support. In support of this request, the government sets forth as follows:

1. Middle District of Tennessee Local Rule 7.01(a)(3) provides that responses to motions shall not exceed 25 pages without leave of the Court.

2. Casada filed a 26-page memorandum in support of his motion to dismiss.

3. Cothren filed a 38-page memorandum in support of his motion to dismiss.[1]

4. In order to respond in a comprehensive manner to the arguments set forth in the motion to suppress, the United States intends to file an omnibus response to the motions, and requires more than the 25 pages permitted under the Local Rules.

---

[1] Neither sought leave of the Court to file an oversized brief.