IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:22-cr-00282 |
| | ) | JUDGE RICHARDSON |
| [1] GLEN CASADA | ) | |
| [2] CADE COTHREN | ) | |

## ORDER

Pending before the Court is the "Emergency Motion to Quash Search Warrant And For An Immediate Protective Order Prohibiting Processing Or Review Of Materials Seized Pending A Hearing" (Doc. No. 119, "Motion") filed by Defendant Cade Cothren on February 2, 2024.

For the reasons discussed during the telephonic conference[1] held on February 5, 2024, the Motion is DENIED.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE

---

[1] Based on the nature and extent of her participation in the telephonic conference, Assistant United States Attorney Kathryn D. Risinger should enter a notice of appearance in this case on behalf of the United States.