IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | NO. 3:22-cr-00282 |
| ) | JUDGE RICHARDSON |
| [1] GLEN CASADA ) | |
| [2] CADE COTHREN ) | |

## ORDER

Pending before the Court are the "Motion to Dismiss" (Doc. No. 59) filed by Glen Casada on July 24, 2023, "Defendant Cade Cothren's Motion to Strike Surplusage From the Indictment and Incorporated Memorandum of Law" (Doc. No. 64), filed by Cade Cothren ("Cothren") on July 25, 2023, and the "Motion to Dismiss Indictment" (Doc. No. 65) filed by Cothren on July 25, 2023 (collectively, "the Motions").

For the reasons stated during the telephonic conference held on February 8, 2024, all of the Motions are DENIED.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE