# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:22-CR-00282 |
| GLEN CASADA and ) | District Judge Eli J. Richardson |
| CADE COTHREN ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING OF JOINT PROPOSED SCHEDULING ORDER

The United States of America, through Thomas Jaworski, Attorney for the United States, Middle District of Tennessee, Assistant United States Attorney Taylor J. Phillips, Corey R. Amundson, Chief of the Public Integrity Section of the United States Department of Justice, and Trial Attorneys John P. Taddei and Blake J. Ellison, (collectively, "United States"), respectfully files the attached proposed scheduling order. The United States will concurrently file a Word version of the proposed order with the Court. Counsel for defendants joins with the United States in recommending this proposed scheduling order.

THOMAS JAWORSKI
Attorney for the United States
Middle District of Tennessee
Acting Under Authority Conferred by 28
U.S.C. § 515

*/s/ Taylor J. Phillips*
Taylor J. Phillips
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, TN 37203
Taylor.Phillips@usdoj.gov

COREY R. AMUNDSON
Chief
Public Integrity Section

*/s/ John P. Taddei (by perm.)*
John P. Taddei
Blake J. Ellison
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1301 New York Ave., NW
Washington, DC 20530
john.taddei@usdoj.gov
blake.ellison@usdoj.gov