UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case Number 3:22-cr-00282 |
| | ) | JUDGE RICHARDSON |
| [2] CADE COTHREN | ) | |
| | ) | |

## ORDER

Defendant Cade Cothren's Motion for Juror Questionnaire (Doc. No. 207) is DENIED on the grounds that the relief requested is not feasible from an administrative standpoint at this stage given when the motion was filed and on the grounds that the Court will give counsel adequate time to inquire of potential jurors during the voir dire conducted during the jury selection process.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE