REV 09/18

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Case No.: 3:22-cr-00282

UNITED STATES OF AMERICA

V.

[1] GLEN CASADA
[2] CADE COTHREN

(list each defendant appearing at hearing)

Judge: Eli Richardson

Hearing Date: 9/26/2024

Location: ☒ Nashville   ☐ Columbia   ☐ Cookeville

Court Reporter: Debbie Watson

Court Interpreter:

## CRIMINAL MINUTES

Government Attorney(s): Taylor Phillip and Blake Ellison

Defense Attorney(s): [1] Edward Yarbrough, Jonathan Farmer, Chase Fann/ [2] Cynthia Sherwood

### TRIAL PROCEEDINGS
1. Jury Trial* ☐
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)

*For items 1-6, a Witness/Exhibit List is required and must be separately filed.*

### NON-TRIAL PROCEEDINGS
7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☒
    (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Telephone conference held - For the reasons explained during the telephone conference call, the Motion to Suppress at Doc. No. 160 is granted. A telephone conference call is scheduled for September 30, 2024, at 8:00 a.m. Orders to enter.

Total Time in Court: 1 Hour and 24 Minutes

Clerk of Court
by: Julie Jackson