UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case Number 3:22-cr-00282 |
| ) | JUDGE RICHARDSON |
| [1] GLEN CASADA ) | |
| [2] CADE COTHREN ) | |

## ORDER

For the reasons explained during the September 26, 2024, telephone conference, the Motion to Suppress (Doc. No. 160) is **GRANTED**. Defendants, without waiving any objection to the Court's granting of the motion, confirmed their commitment to comply with the preliminary relief (cessation of any review of any of Intervenor Smith's materials that might previously have been occurring) ordered by the Court. The Court will address appropriate relief more fulsomely in an order subsequently to be entered.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE