AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the

United States of America
v.
Glen Casada and Cade Cothren
_____
Defendant

Case No. 3:22-CR-00282

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Benjamin M. Rose
Two Maryland Farms Suite 126
Brentwood, TN 37027

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 719 Church Street, Nashville, TN 37203 | Courtroom No.: 5C |
| | Date and Time: 5/2/2025 @ 9:00AM |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 4/30/2025

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Cade Cothren
_____, who requests this subpoena, are:

Cynthia Sherwood
414 Union St. Suite 1110
Nashville, TN 37219
(615) 527-8688
cynthia@sherwoodlitigation.com