# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE

)  Case No.: 3:22-cr-00282
)
## UNITED STATES OF AMERICA
V.

)  Judge: Eli Richardson
)
)  Hearing Date: 04/30/2025
)
)  Location: ☑ Nashville   ○ Columbia   ○ Cookeville
)
[1] GLEN CASADA
[2] CADE COTHREN

)  Court Reporter: Roxann Harkins
)
)  Court Interpreter:

(list each defendant appearing at hearing)

# CRIMINAL MINUTES

Government Attorney(s): Taylor Phillps, John Taddei and Blake Ellison

Defense Attorney(s): See Comments

## TRIAL PROCEEDINGS

1. Jury Trial* ☑
2. Non-Jury Trial* ☐
3. Sentencing Hearing Contested* ☐
4. Supervised Release Hearing-Contested* ☐
5. Probation Revocation Hearing-Contested* ☐
6. Other Evidentiary Hearing* ☐
   (Describe #6 in comments section below)
*For items 1-6, a Witness/Exhibit List is required
and must be separately filed.

## NON-TRIAL PROCEEDINGS

7. Initial Appearance/Arraignment ☐
8. Plea Hearing ☐
9. Sentencing Hearing ☐
10. Status conference ☐
11. Pretrial Conference ☐
12. Supervised Release Revocation Hearing ☐
13. Probation Revocation Hearing ☐
14. Motion Hearing ☐
15. Other Proceeding ☐
   (Describe #15 in comments section below)

JURORS (complete on day 1 only):

1.
2.
3.
4.
5.
6.
Alt 1.

7.
8.
9.
10.
11.
12.
Alt 2.

COMMENTS:

Def. Casada - Edward Yarbrough, Jonathan Farmer and Chase Fann
Def. Cothren - Cynthia Sherwood and Joy Longnecker

Day 7 of trial held  -  Witness testimony presented.  Evidence admitted.  Trial adjourned until May 1, 2025 at 9:00 a.m.

Total Time in Court: 7 Hours and 32 Minutes

Clerk of Court
by: Julie Jackson

Reset Form