

**ORDER**
The Motion (DE 381) is granted.
IT IS SO ORDERED.

*Eli Richardson*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:22-cr-00282 |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| GLEN CASADA | ) | |
| CADE COTHREN | ) | |

### GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS

Defendants have filed motions for new trials which, combined, exceed 75 pages. (D.E. #372, 377.) Defendants' motions for judgments of acquittal are also pending. (D.E. #368, 370.) The United States respectfully requests leave to respond to these four pending motions in a single consolidated brief which does not exceed 55 pages. Because certain issues raised in Defendants' motions are related, a consolidated response will promote efficiency for the Court and parties. Counsel for Defendants do not oppose the relief requested in this Motion.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney for the
Middle District of Tennessee

*/s/ Taylor Phillips*
TAYLOR PHILLIPS
Assistant United States Attorney
719 Church Street, Ste 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

JOHN P. TADDEI
BLAKE J. ELLISON
Trial Attorneys
Public Integrity Section, Criminal Division
United States Department of Justice