# UNITED STATES DISTRICT COURT

MIDDLE    DISTRICT OF    TENNESSEE

| UNITED STATES OF AMERICA | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| [2] CADE COTHREN | Case Number:  3:22-cr-00282 |

| PRESIDING JUDGE<br>Eli Richardson | PLAINTIFF'S ATTORNEY<br>Taylor Phillips<br>and John Taddei | DEFENDANT'S ATTORNEY<br>Joy Longnecker<br>and Cynthia Sherwood |
|---|---|---|
| SENTENCING HEARING<br>09/16/2025 | COURT REPORTER<br>Roxann Harkins | COURTROOM DEPUTY<br>Julie Jackson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/16/2025 | | | |
| 3 | | | X | X | Copy of FBI 302 report regarding interview of Kent Calfee, 3/4/2021 (2 pages) |
| 4 | | | X | X | Copy of FBI 302 report regarding interview of Marilyn Calfee, 9/7/2021 (2 pages) |
| | X | | | | **WITNESS:**  Marilyn Calfee |
| 1 | | | X | X | Color image of text messages between Robin Smith and Cade Cothren (1 page) |
| 2 | | | X | X | Color image of text messages between Hunter Shults and Cade Cothren (2 pages) |
| 13 | | | X | X | Color image of text messages between Ava Korby and Cade Cothren (2 pages) |
| 7 | | | X | X | Image of check, Payable to Nadine Korby from Phoenix Solutions, $500.00 (1 page) |
| 8 | | | X | X | Copy of FBI 302 report regarding interview of Paul Sherrell, 5/13/2021 (2 pages) |

Page   1   of   2

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | UNITED STATES OF AMERICA vs. CADE COTHREN — Case No. 3:22-cr-00282-2 |
|  | X |  |  |  | **WITNESS:** Emily Isom |
| 9 |  |  | X | X | Color image of text messages between "Megan" and Cade Cothren (1 page) |
| 10 |  |  | X | X | Color image of text messages between Cade Cothren and "Paige" (1 page) |
| 11 |  |  | X | X | Color image of text messages between unknown and Cade Cothren (1 page) |
| 12 |  |  | X | X | Color image of text messages between "Houston" and Cade Cothren (1 page) |