IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:22-cr-00282 |
| v. ) | |
| ) | Judge Richardson |
| [1] GLEN CASADA ) | |
| [2] CADE COTHREN ) | |

## UNITED STATES' NOTICE OF CROSS-APPEAL

Pursuant to 28 U.S.C. § 1291, 18 U.S.C. § 3731, and Rule 4(b)(1)(B)(ii) of the Federal Rules of Appellate Procedure, notice is hereby given that the United States of America appeals to the United States Court of Appeals for the Sixth Circuit from this Court's September 9, 2025 oral order partially granting defendants Glen Casada and Cade Cothren's Rule 29 motions (Hr'g Tr., Doc. No. 457, at 6-20), the judgment entered by the district court on defendant Cade Cothren on September 23, 2025 (Judgment, Doc. No. 452, PageID #7281), and the judgment entered by the district court on Defendant Glen Casada on October 8, 2025 (Judgment, Doc. No. 467, PageID 8230).

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney for the
Middle District of Tennessee

*/s/ Taylor J. Phillips*
TAYLOR J. PHILLIPS
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Tel. (615) 736-5151

JOHN P. TADDEI
Trial Attorney
Criminal Division
United States Department of Justice